UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:23-CV-567-BJB
*Filed Electronically*

MELISSA BAIN                                                                                         PLAINTIFF

vs.

JEFFERSONTOWN POLICE DEPARTMENT
RICHARD BURNS                                                                                      DEFENDANTS

## NOTICE OF REMOVAL

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Come the Defendants, Jeffersontown Police Department and Richard Burns, by counsel, and hereby gives notice of the timely removal of Civil Action No. 23-CI-006299 from the Jefferson Circuit Court, Commonwealth of Kentucky, to the United States District Court, Western District of Kentucky, Louisville Division pursuant to 28 U.S.C. §§ 1441 and 1446. As further explained below, removal is appropriate under 28 U.S.C. §§ 1331, 1367, and 1441(a) and (c). In support of this Notice of Removal the Defendants state as follows:

1. The Defendants, Jeffersontown Police Department and Richard Burns, are named Defendants in the Plaintiff's Complaint, a civil action style <u>Melissa Bain v. J-Town Police Dep, Detective R. Burns,</u> Civil Action No. 23-CI-006299 from the Jefferson Circuit Court, Commonwealth of Kentucky.

2. The Plaintiff issued summons against Defendant Burns and commenced the above-styled state court civil action October 13, 2023. A copy of the Plaintiff's Complaint is attached hereto as Exhibit 1.

3. Removal is therefore timely under 28 U.S.C. § 1446(b).

4. The Plaintiff's Complaint alleges claims arising under the Constitution and 42 U.S.C. § 1983 stemming from incidents allegedly occurring in Jefferson County, Kentucky.

5. Therefore, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331. This Court also has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over any additional state law claims set forth in the Plaintiff's Complaint. Finally, venue is proper in this Court pursuant to 28 U.S.C. § 1391.

6. The cause is thereby removable, and is hereby removed to the United States District Court, Western District of Kentucky, Louisville Division, pursuant to provisions of 28 U.S.C. § 1441.

7. Pursuant to 28 U.S.C. § 1446(a) attached hereto as Exhibit 2 are true and correct copies of all pleadings filed in this action and no further proceedings in this action have taken place to the best knowledge and belief of Defendants/Petitioners.

8. This Notice is signed pursuant to Civil Rule 11, Federal Rules of Civil Procedure.

9. The Defendants have sent written notice and a copy of this pleading to the Clerk, Commonwealth of Kentucky, Jefferson Circuit Court and a copy of this Notice of Removal has been sent to the Plaintiff, proceeding pro se.

10. By filing a Notice of Removal in this matter, these Defendants do not waive their rights to object to service of process, the sufficiency of process, personal jurisdiction, or venue. These Defendants also concede no admission of fact, law, or liability by this Notice, and expressly reserves all rights to assert any defenses and/or objections to which it may be entitled.

WHEREFORE, the Defendants, Jeffersontown Police Department and Richard Burns, respectfully request that Civil Action No. 23-CI-006299 from the Jefferson Circuit Court,

Commonwealth of Kentucky, be removed to the United States District Court, Western District of Kentucky, Louisville Division, in accordance with 28 U.S.C. §§ 1441(a) and 1446, and that no further proceedings be held in said case in the Jefferson Circuit Court, Commonwealth of Kentucky.

                                    Respectfully submitted,

                                    */s/ Matthew A. Piekarski*
                                  John F. Parker, Jr.
                                  Matthew A. Piekarski
                                  PHILLIPS PARKER ORBERSON & ARNETT, PLC
                                  716 West Main Street, Suite 300
                                  Louisville, Kentucky 40202
                                  jparker@ppoalaw.com
                                  mpiekarski@ppoalaw.com
                                  pgoins@ppoalaw.com
                                  (502) 583-9900
                                  *Counsel for Defendants,*
                                  *Jeffersontown Police Department and Richard Burns*


## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and accurate copy of the foregoing was filed on this the 1st day of November 2023, through the ECF system, and sent via U.S. mail, postage prepaid, to:

Melissa Bain
475 Landis Lane
Lot 124
Mount Washington, KY 40047
*Pro Se Plaintiff*

                                  */s/ Matthew A. Piekarski*
                                  Counsel for Defendant