# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**MELISSA BAIN**                                                                  **PLAINTIFF**

**v.**                                                                            **No. 3:23-cv-567-BJB**

**JEFFERSONTOWN POLICE**                                                          **DEFENDANTS**
**DEPARTMENT, ET AL.**

## JUDGMENT

    For the reasons set forth in the order granting Defendants' motion to dismiss (DN 11), and consistent with Rule 58 of the Federal Rules of Civil Procedure, the Court dismisses this case with prejudice and directs the Clerk to strike it from the active docket.

*Benjamin Beaton, District Judge*
*United States District Court*

July 11, 2024

1